ANNA KUS, Respondent, v. FRED N. CARPENTER, Doing Business under the Firm Name and Style of CARPENTER'S RAPID TRANSIT, Appellant. JOHN KUS, Respondent, v. FRED N. CARPENTER, Doing Business under the Firm Name and Style of CARPENTER'S RAPID TRANSIT, Appellant.— Order affirmed, with ten dollars costs and disbursements to abide the event. All concur, except Crosby, P. J., and Taylor, J., who dissent and vote for reversal. (The order sets aside the verdict of the jury in favor of defendant in both actions, and grants a new trial, and vacates the two judgments in favor of defendant, in two automobile-bus negligence actions.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ROY A. PORTER and HARRY E. BONNEY, Copartners Doing Business under the Firm Name and Style of PORTER & BONNEY, Respondents, v. LYONS COLD STORAGE AND ICE COMPANY, INC., Appellant.— Judgment affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal and for dismissal of the complaint on the ground that the failure to file a written claim within seventy-two hours after discovery of the damage bars the action, there being no evidence to support a waiver or an estoppel; and Harris, J., not voting. (The judgment is for plaintiffs in an action for property damage to a quantity of onions stored in defendant's warehouses.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.